UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>LENDER PROCESSING SERVICES, INC., JEFFREY S. CARBIENER, LEE A. KENNEDY, and FRANCIS K. CHAN,<br><br>              Defendants. | Case No. 3:10-cv-01073-TJC-JBT<br><br>Honorable Timothy J. Corrigan |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter came before the Court upon the motion of Lead Plaintiff for an order admitting Rachel A. Avan to practice before this Court, *pro hac vice*.

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED THAT, Rachel A. Avan is hereby admitted, *pro hac vice*, to practice in the United States District Court for the Middle District of Florida with respect to the above-captioned matter.

DONE AND ORDERED in Chambers this _____ day of _____, 2011.

_____
U.S. District Court Judge
Middle District of Florida