UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CITY OF ST. CLAIR SHORES GENERAL
EMPLOYEES' RETIREMENT SYSTEM,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.                           CASE NO. 3:10-cv-01073-J-32JBT

LENDER PROCESSING SERVICES,
INC. *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Motions to Admit Counsel *Pro Hac Vice* ("Motions") (Docs. 27, 28, 29).

Upon consideration, it is **ORDERED**:

1. The Motions (**Docs. 27, 28, 29**) are **GRANTED**.

2. **On or before March 8, 2011**, Christopher J. Keller, Esquire, Michael W. Stocker, Esquire, and Rachel A. Avan, Esquire, shall **pay the fee and register for a login and password for electronic filing** at the Court's website as required by Local Rule 2.02, United States District Court, Middle District of Florida, if they have not already done so.  If the attorneys fail to comply with this Order, the Court may enter an order, revoking their privilege to appear *pro hac vice*.

3. The proposed orders (**Docs. 27-1, 28-1, 29-1**) attached to the Motions are hereby **STRICKEN** pursuant to Section II.E.4. of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, United States District Court, Middle

District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, on February 28, 2011.

          */s/ Joel B. Toomey*
          JOEL B. TOOMEY
          United States Magistrate Judge

Copies to:

Counsel of Record