**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CITY OF ST. CLAIR SHORES GENERAL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

      Plaintiff,

vs.                                            Case No. 3:10-cv-1073-J-32JBT

LENDER PROCESSING SERVICES, INC.,
et al.,

      Defendants.

## **ORDER**

The Court has been advised that the parties have entered into an agreement to settle this federal securities class action lawsuit. Accordingly, it is now

**ORDERED:**

1. The parties shall have up to and including **May 6, 2013,** to file a joint motion for preliminary approval of the proposed settlement and any supporting submissions.

2. The Clerk of the Court is directed to terminate any pending motions and deadlines.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of February, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

meh.
Copies to:

Counsel of Record