# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LENDER PROCESSING SERVICES, INC., et al.,<br><br>Defendants. | No. 3:10-cv-01073-TJC-JBT |

### DECLARATION OF JONATHAN GARDNER IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

I, JONATHAN GARDNER, declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner of the law firm of Labaton Sucharow LLP, court-appointed Lead Counsel for Baltimore County Employees' Retirement System ("Lead Plaintiff") and the proposed Settlement Class, and am admitted *pro hac vice* to practice before this Court. I respectfully submit this declaration in further support of the motion for preliminary approval of the proposed class action settlement. I have personal knowledge of the matters testified to herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated as of January 28, 2013, with annexed exhibits.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the firm resume of Labaton Sucharow LLP, Lead Counsel in the Action.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the firm resume of Robbins Geller Rudman & Dowd LLP, Liaison Counsel in the Action.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the study by Dr. Renzo Comolli, Sukaina Klein, Dr. Ronald I. Miller, and Svetlana Starykh titled *Recent Trends in Securities Class Litigation: 2012 Full-Year Review* (NERA Jan. 29, 2013).

6. Annexed hereto as Exhibit 5 is a true and correct copy of the study by Ellen M. Ryan & Lauren E. Simmons titled *Securities Class Action Settlements: 2012 Review and Analysis* (Cornerstone Research 2013).

7. Annexed hereto as Exhibit 6 is a true and correct copy of the resume of Epiq Systems, Inc., the proposed claims administrator for the Settlement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 6, 2013.

                                                                    /s/ Jonathan Gardner
                                                                      JONATHAN GARDNER

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 6, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jonathan Gardner
Jonathan Gardner