Case 3:10-cv-01073-TJC-JBT   Document 107   Filed 10/23/13   Page 1 of 2 PageID 3774

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CITY OF ST. CLAIR SHORES GENERAL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

    Plaintiff,

vs.    Case No. 3:10-cv-1073-J-32JBT

LENDER PROCESSING SERVICES, INC.,
et al.,

    Defendants.

## ORDER

This matter comes before the Court on Lead Plaintiff's Unopposed Motion for Preliminary Approval of Amendment to Settlement, Approval of Supplemental Notice, and Continuance of Settlement Hearing ("Unopposed Motion") (Doc. 106), filed on October, 22, 2013. Upon review of the Unopposed Motion, it is hereby **ORDERED**:

1. The Settlement Hearing currently set for **October 25, 2013**, at **10:00 a.m.** is **POSTPONED** and will not be held as scheduled. Instead, this matter is **SET** for telephone hearing on the Unopposed Motion at **the same date and time**. Counsel for the lead plaintiff shall initiate the telephone conference by calling counsel for the defendants and then calling the Court's audioconference line, (904) 301-6811.[1]

---

[1] The use of cell phones and speaker phones compromises the quality of the audio connection. The parties are therefore requested not to use those devices during the hearing.

2. The parties shall provide notice of this to any opt-outs, including Maverick Capital, Ltd., Maverick Fund, L.D.C., Maverick Fund USA, Ltd., Maverick Fund II, Ltd. Maverick Neutral Fund, Ltd., Maverick Neutral Levered Fund, Ltd., Maverick Long Fund, Ltd., and Maverick Long Enhanced Fund, Ltd., and to anyone else counsel believes may have an interest in this matter. The parties shall also update the settlement website to reflect the postponement of the Settlement Hearing and the scheduling of the hearing on the Unopposed Motion.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of October, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Counsel of Record