UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CITY OF ST. CLAIR SHORES GENERAL )
EMPLOYEES' RETIREMENT SYSTEM, )
Individually and on Behalf of All Others Similarly )
Situated, )
)
      Plaintiff, ) No. 3:10-cv-01073-TJC-JBT
)
vs. )
)
LENDER PROCESSING SERVICES, INC., et al., )
)
      Defendants. )
)

## ORDER APPROVING PLAN OF ALLOCATION

**THIS MATTER** is before the Court on Lead Plaintiff Baltimore County Employees' Retirement System's Motion for Final Approval of Class Action Settlement, as Amended, and Plan of Allocation of Settlement Proceeds. All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement (Doc. 93-1), dated January 28, 2013 and filed with the Court on May 6, 2013, and the First Amendment to Stipulation and Agreement of Settlement (Doc. 106-1), dated and filed with the Court on October 22, 2013. The Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Settlement Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation. There have been no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims to the Settlement that is set forth in the Notice of Pendency of Class Action and Proposed Settlement and Motion for Attorneys' Fees and Expenses (the "Notice") filed with the Court on May 6, 2013 (Doc. 92-1 at 13-41), approved by the Court on July 8, 2013, and disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the net settlement proceeds among Settlement Class Members.

4. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

5. The allocation and distribution of the Net Settlement Fund to Authorized Claimants will be accomplished as soon as reasonably possible, and Lead Plaintiff's Counsel shall submit a motion to the Court for approval of a distribution to Authorized Claimants as soon as possible.

**IT IS SO ORDERED.**

Dated: March 4, 2014

_____
Honorable Timothy J. Corrigan
UNITED STATES DISTRICT JUDGE

CC: Counsel

2